MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, *v.* FRANK P. CROUCH et al., Appellants.

*Mutual Life Ins. Co.* v. *Crouch*, 90 App. Div. 610, appeal dismissed.
(Submitted April 25, 1904; decided April 28, 1904.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 7, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction to entertain the appeal, the decision of the Appellate Division having been unanimous, there being no question of law to be reviewed, the exceptions being frivolous and the appeal taken for the purpose of delay only.

*Henry G. Danforth* for motion.

*Horace G. Pierce* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.